

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00031-CV

**IN THE INTEREST OF A.C. AND As.C.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00160
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's December 5, 2013 order terminating the parental rights of appellant Leslie P. is AFFIRMED.

No costs are assessed against appellant because she is indigent.

SIGNED May 21, 2014.

_____
Luz Elena D. Chapa, Justice